No. 71–105. KUDER ET AL. *v.* FIRST WISCONSIN TRUST Co. Sup. Ct. Wis. Certiorari denied.

No. 71–108. INGALLS SHIPBUILDING DIVISION OF LITTON SYSTEMS, INC. *v.* AMERICAN ZINC Co. ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–111. CRAWFORD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–112. GEBHART ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–113. RYBA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–122. FARLAND ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–127. EARLY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 71–129. ILLINOIS STATE TRUST Co., GUARDIAN, ET AL. *v.* TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS. C. A. 7th Cir. Certiorari denied.

No. 71–134. GIBSON *v.* MISSOURI PACIFIC RAILROAD Co. C. A. 5th Cir. Certiorari denied.

No. 71–135. JOHN W. MCGRATH CORP. *v.* CABOT CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–140. EDGE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.